UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JAMES HEPNER, | : |
| | : |
| Plaintiff, | : |
| v. | :   No. 5:14-cv-05986 |
| | : |
| DENNIS MOLYNEAUX; | : |
| KENNETH ARNOLD; JARVIS LEWIS, | : |
| also known as GERVAIS LEWIS, also known as | : |
| JOHN DOE; MARY CLARY; | : |
| LANCASTER COUNTY PRISON BOARD, | : |
| | : |
| Defendants. | : |

_____

### JUDGMENT ORDER

AND NOW, this 1st day of February, 2016, for the reasons set forth in the accompanying Memorandum Opinion, **IT IS ORDERED** as follows:

1. Defendants' Motion for Summary Judgment, ECF No. 14, is **GRANTED**.

2. **JUDGMENT IS ENTERED** in favor of each Defendant.

3. The Clerk of Court is directed to close this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge